# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Patent Rightsholder Identified in Exhibit 1, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) |
| The Individuals, Partnerships, and | ) |
| Unincorporated Associations Identified on | ) |
| Schedule A, | ) |
| | ) |
| Defendants. | ) |

**Exhibit 1**

**(sealed)**

1