UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Patent Rightsholder Identified in Exhibit 1, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-683 |
| v. | ) |
| | ) |
| The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, | ) |
| | ) |
| Defendants, | ) |

**Schedule A**

**(sealed)**

1