**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Patent Rightsholder Identified in Exhibit 1,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A,<br><br>　　　　　　　Defendants. | Case No. 24-cv-00683<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Jeffrey Cole |

**DEFENDANT NO. 100, RIVCADIO STORE'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

　　Defendant Number 100, RIVCADIO STORE ("Defendant"), through its attorneys and with the consent of Plaintiff's counsel, respectfully submits this motion for an order extending the date for Defendant to respond to the Complaint (D.E. 1) to and including May 10, 2024. In support of its motion, Defendant states as follows:

　　1.　　On January 26, 2024, Plaintiff filed its Complaint. (D.E. 1).

　　2.　　On March 13, 2024, Defendant requested an extension of time to answer or otherwise respond to Plaintiff's Complaint by forty-five (45) days from the current date of answer, March 26, 2024, to and including May 10, 2024, so that Defendant has sufficient time to investigate and respond to the allegations and so that the parties may continue settlement discussions.

　　3.　　Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff does not oppose Defendant's request.

　　4.　　This is Defendant's first request for an extension.

5. Defendant's request for additional time to respond to the Complaint in this motion is not intended to cause undue delay and no party will be prejudiced by the requested extension of time.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court enters an order allowing Defendant 100, RIVCADIO STORE, through and including May 10, 2024, to answer or otherwise respond to the Complaint.

Dated: March 25, 2024       Respectfully Submitted,

              By: /s/ Hua Chen

              Hua Chen
              SCIENBIZIP, P.C.
              550 S. Hope Street, Suite 2825
              Los Angeles, California 90071
              Telephone: (213) 426-1771
              huachen@scienbizippc.com

              *Attorney for Defendant No. 100,*
              *RIVCADIO STORE*