# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Patent Rightsholder Identified in Exhibit 1

                    Plaintiff,

v.                                                      Case No.: 1:24−cv−00683

                                                        Honorable Lindsay C. Jenkins

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 27, 2024:

       MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant Rivcadio Store's unopposed motion for extension of time [27] is granted. Defendant Rivcadio Store's responsive pleading is due by May 10, 2024. Given the length of time provided for the response, the Court does not anticipate granting a further extension of time. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.