UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yiwu Mode E-Commerce Co Ltd., | )<br>) |
| Plaintiff, | )<br>)<br>) Case No. 1:24-cv-00683 |
| v. | )<br>) Dist. Judge Lindsay C. Jenkins |
| The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, | )<br>)<br>) Mag. Judge Jeffrey Cole<br>) |
| Defendants. | ) |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yiwu Mode E-Commerce Co Ltd. hereby dismisses this action with prejudice against the following defendant(s):

| Def. No. | Defendant Name |
|---|---|
| 113 | Zhehui |

Dated: May 11, 2024

Respectfully,

/s/Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
adamu@au-llc.com
(312) 715-7312
*Attorney for Plaintiff*

Page **1** of **1**