UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Yiwu Mode E-Commerce Co Ltd., | )  | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-00683 |
| v. | ) | |
| | ) | Dist. Judge Lindsay C. Jenkins |
| The Individuals, Partnerships, and | ) | |
| Unincorporated Associations Identified on | ) | Mag. Judge Jeffrey Cole |
| Schedule A, | ) | |
| Defendants. | ) | |

## Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yiwu Mode E-Commerce Co Ltd. hereby dismisses this action with prejudice against the following defendant(s):

| Def. No. | Defendant Name |
|---|---|
| 75 | YUN YUEYUE |
| 111 | YIDEDE |

Dated: May 24, 2024

Respectfully,

/s/Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
adamu@au-llc.com
(312) 715-7312
*Attorney for Plaintiff*

Page **1** of **1**