### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Yiwu Mode E-Commerce Co Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-00683 |
| v. | ) | |
| | ) | Dist. Judge Lindsay C. Jenkins |
| The Individuals, Partnerships, and | ) | |
| Unincorporated Associations Identified on | ) | Mag. Judge Jeffrey Cole |
| Schedule A, | ) | |
| | ) | |
| Defendants. | ) | |

### Declaration of Adam E. Urbanczyk

I, Adam E. Urbanczyk, of the City of Sarasota, in the state of Florida, hereby declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiff Yiwu Mode E-Commerce Co Ltd. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. I hereby certify that the Defaulting Defendants (as defined in the accompanying motion) have failed to answer or otherwise plead in this action within the allotted time after receiving service of process [*See* Dkts. 17, 50] in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated online marketplace account and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in China and Hong Kong, with the vast majority of sales of infringing products being made by several Chinese defendants. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. The limited information provided by Amazon.com, AliExpress, Temu, and Walmart (collectively, "Third Party Platforms") for the Defaulting Defendants indicates that the volume of sales from Defaulting Defendants' known infringing activities currently ranges from $0 - $100,641.3.

5. A breakdown of Defaulting Defendants who had non-zero sales from infringing activities (based on information received from the Third Party Platforms), and Plaintiff's requested profit award, , as of the filing hereof, is in the table below. For situations in which the reported sales were less than the statutory minimum of $250, the requested awards are equal to the statutory minimum award under 35 U.S.C. § 289.

| No | Defendant | Award |
|---|---|---|
| 7 | JIATUOTD | $38,822.90 |
| 13 | LiuPengJinUS | $250.00 |
| 16 | MO-YAN | $42,801.42 |
| 18 | NianBing | $1,026.00 |
| 26 | SunZhenUS | $250.00 |
| 27 | SUPRITEN | $49,497.91 |
| 33 | zhangqiandedianpu | $250.00 |
| 35 | 厦门市同安区甄想信息技术服务部 | $250.00 |
| 36 | BABIQU plush toy Store | $250.00 |
| 37 | Baby&mom-show Store | $250.00 |
| 38 | cocoplushtoy Store | $250.00 |
| 39 | Daily Kitchen Store | $250.00 |
| 40 | Doraemon Store | $250.00 |
| 41 | Dropship Pro Store | $250.00 |
| 42 | GFNANHAI Official Store | $250.00 |
| 43 | Happy Mother And Child Experience Store | $250.00 |
| 44 | KANICE Store | $250.00 |
| 45 | Katherine's domestic helpers Store | $250.00 |
| 46 | Memory Of Koi Anime Store | $250.00 |
| 47 | MomBabyToys Store | $250.00 |
| 48 | Qihang Toy Store | $250.00 |
| 49 | R. Pig Plush Toy Store | $250.00 |
| 50 | Seraphim Toy Store | $250.00 |
| 51 | Shop1102733065 Store | $250.00 |
| 52 | Shop1102840655 Store | $250.00 |
| 53 | Shop1102842677 Store | $250.00 |
| 54 | SnugBabies Store | $250.00 |
| 55 | Whitebeard' Store | $250.00 |
| 56 | WLADYSS Plush Toys Store | $250.00 |
| 57 | Zoocutoy Store | $409.06 |
| 58 | esa_bu0 | $250.00 |
| 59 | JA-Online-Service | $250.00 |

| 60 | Jiji Retail | $250.00 |
| 62 | SavvaStore | $250.00 |
| 63 | TuttoInTutto | $250.00 |
| 64 | Alphabet Lore | $250.00 |
| 69 | huawuque | $342.00 |
| 70 | Iqueenla | $250.00 |
| 71 | KOWSi PLUSH | $250.00 |
| 72 | ome | $848.00 |
| 73 | Splatter Beads Gun | $682.00 |
| 74 | WowSuper | $100,641.30 |
| 76 | 100FIXEO | $8472.87 |
| 79 | Bobasndm | $250.00 |
| 80 | BREIS | $250.00 |
| 84 | Godven | $250.00 |
| 90 | Kolababla Co. ltd | $851.72 |
| 94 | Noetoy | $250.00 |
| 95 | ONXE | $250.00 |
| 98 | QIUSNANB | $250.00 |
| 103 | SENCU | $250.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this day August 29, 2024, at Sarasota, Florida.

Respectfully submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Plaintiff*