**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Yiwu Mode E-Commerce Co Ltd., | )<br>) |
| Plaintiff, | )<br>)<br>) Case No. 1:24-cv-00683 |
| v. | )<br>) Dist. Judge Lindsay C. Jenkins |
| The Individuals, Partnerships, and<br>Unincorporated Associations Identified on<br>Schedule A, | )<br>) Mag. Judge Jeffrey Cole<br>) |
| Defendants. | ) |

## Status Report

**NOW COMES** Yiwu Mode E-Commerce Co Ltd. ("Plaintiff") by and through its undersigned counsel, and per the Court's order [Dkt. 48] provides case status.

1. Plaintiff has moved for entry of default and default judgment against remaining, nonresponsive defendants in the case (the "Motion"). [Dkt. 52].

2. Plaintiff is engaged in settlement discussions with 65 ARUBY, 66 ForHome, 67 GAODE, 88 Kakidly, and 112 Yihui, has excepted them from the Motion. Plaintiff expects those negotiations to be resolved in the next 14 days.

Dated: August 29, 2024

Respectfully,

/s/Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
adamu@au-llc.com
(312) 715-7312
*Attorney for Plaintiff*