UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yiwu Mode E-Commerce Co Ltd., <br><br> Plaintiff, <br><br> v. <br><br> The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, <br><br> Defendants. | Case No. 1:24-cv-00683 <br><br> Dist. Judge Lindsay C. Jenkins <br><br> Mag. Judge Jeffrey Cole |

### Joint Motion for Entry of Consent Judgment

**NOW COMES** Yiwu Mode E-Commerce Co Ltd. ("Plaintiff") and Defendant No. 88 Kakidly ("Defendant") by and through their undersigned counsel, and hereby jointly move the Court to enter a consent decree consistent with the parties' settlement.

1. The Parties have executed a settlement agreement resolving the action that involves a transfer of funds from Defendant's account on the Walmart.com e-commerce platform.

2. Walmart, the third-party in questions, requires the parties to memorialize such transfer in an order of the Court. Such practice is common and undersigned counsel have previously submitted many such consent decrees to Walmart for similar settlement arrangements.

3. The Parties intend for the Court to enter a consent judgment submitted herewith to the Court at Proposed_Order_Jenkins@ilnd.uscourts.gov.

**WHEREFORE**, for the foregoing reasons, the Parties respectfully request that this Court enter the consent decree order substantially in the form submitted herewith.

Dated this September 13, 2024

Respectfully submitted,

/s/Adam E. Urbanczyk                                             /s/Jeffrey Liu
Adam E. Urbanczyk                                                Law Offices of Edward C. Chen

| | |
|---|---|
| AU LLC<br>444 W. Lake St. 17th Floor<br>Chicago, IL 60606<br>(312) 715-7312<br>adamu@au-llc.com<br>*Counsel for Plaintiff* | 17800 Castleton St. Ste 338<br>City of Industry, CA 91748<br>T: (949) 241-9097<br>C: (626) 500-7302<br>jeffrey.liu@usatro.com<br>*Counsel for Defendant* |