# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Yiwu Mode E-Commerce Co Ltd., | ) |
|                         Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-00683 |
| | ) Dist. Judge Lindsay C. Jenkins |
| The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, | ) |
|                         Defendants. | ) |

## **Consent Judgment**

This action having been commenced by Plaintiff Yiwu Mode E-Commerce Co Ltd. against Def. No. 88 Kakidly ("Defendant"). Plaintiff and Defendant have resolved all claims arising from the allegations in the Complaint.

**THIS COURT HEREBY FINDS** that it has personal jurisdiction over Defendants because Defendant directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and accept payment in U.S. dollars for sales of products which infringe the Plaintiff's design patent.

**THIS COURT FURTHER FINDS** that Defendants are liable for design patent infringement (35 U.S.C. § 271).

**IT IS HEREBY ORDERED** that:

1. Defendant, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from

    a. offering for sale, selling, and importing any product not authorized by Plaintiff and that includes any reproduction, copy, or colorable imitation of the designs claimed in the Plaintiff Design;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Plaintiff Design; and

    c. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing the prohibitions set forth in Subparagraphs (a) and (b) above.;

2. Plaintiff is awarded damages from the Defendant in the amount of two thousand five hundred dollars ($2,500).

3. Walmart is ordered to transfer the damages awarded in Paragraph 4 from Defendant's accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. Upon Walmart's transfer of the damages to Plaintiff, Walmart shall remove any restraints placed on Defendants' e-commerce stores and financial accounts pursuant to the Temporary Restraining and Preliminary Injunction Orders.

5. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED September 16, 2024

                                                Lindsay C. Jenkins
                                                United States District Judge