# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Yiwu Mode E-Commerce Co Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-00683 |
| v. | ) | |
| | ) | Dist. Judge Lindsay C. Jenkins |
| The Individuals, Partnerships, and | ) | |
| Unincorporated Associations Identified on | ) | |
| Schedule A, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Yiwu Mode E-Commerce Co Ltd. ("Plaintiff")
against the fully interactive, e-commerce stores operating under the aliases identified on Schedule A
to the Complaint and attached hereto (collectively, "Seller Aliases"), and Plaintiff having moved for
entry of default and default judgment against the defendants identified on Schedule A attached
hereto (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed
service of process on Defaulting Defendants, the combination of providing notice via electronic
publication and e-mail, along with any notice that Defaulting Defendants received from third-party
platforms and payment processors, being notice reasonably calculated under all circumstances to
apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to
answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time
for answering having expired, so that the allegations of the Complaint are uncontroverted and are
deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants Defaulting

Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. Dollars, and have sold and/or offered for sale products that infringe directly and/or indirectly Plaintiff's United States design patent shown in the below chart ("Plaintiff Design").

**Patent No. D981,507 | Issue Date March 21, 2023**
**Claim**





FIG. 1

FIG. 2





FIG. 3

FIG. 4



FIG. 5



FIG. 6



FIG. 7

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

3

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from

    a. offering for sale, selling, and importing any product not authorized by Plaintiff and that includes any reproduction, copy, or colorable imitation of the designs claimed in the Plaintiff Design;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Plaintiff Design; and

    c. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing the prohibitions set forth in Subparagraphs (a) and (b) above.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, AliExpress, AliBaba, Walmart, Temu, and Amazon (collectively, "Third Party Providers") shall within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Plaintiff Design.

3. Pursuant to 35 U.S.C. § 289, Plaintiff is awarded profits from each of the Defaulting Defendants for infringing use of the Plaintiff Design on products sold through at least the Defaulting Defendants' Online Marketplaces according to the below chart:

| No | Defendant | Award |
|---|---|---|
| 7 | JIATUOTD | $38,822.90 |
| 13 | LiuPengJinUS | $250.000 |

| | | |
|---|---|---|
| 16 | MO-YAN | $42,801.42 |
| 18 | NianBing | $1,026.00 |
| 26 | SunZhenUS | $250.00 |
| 27 | SUPRITEN | $49,497.91 |
| 33 | zhangqiandedianpu | $250.00 |
| 35 | 厦门市同安区甄想信息技术服务部 | $250.00 |
| 36 | BABIQU plush toy Store | $250.00 |
| 37 | Baby&mom-show Store | $250.00 |
| 38 | cocoplushtoy Store | $250.00 |
| 39 | Daily Kitchen Store | $250.00 |
| 40 | Doraemon Store | $250.00 |
| 41 | Dropship Pro Store | $250.00 |
| 42 | GFNANHAI Official Store | $250.00 |
| 43 | Happy Mother And Child Experience Store | $250.00 |
| 44 | KANICE Store | $250.00 |
| 45 | Katherine's domestic helpers Store | $250.00 |
| 46 | Memory Of Koi Anime Store | $250.00 |
| 47 | MomBabyToys Store | $250.00 |
| 48 | Qihang Toy Store | $250.00 |
| 49 | R. Pig Plush Toy Store | $250.00 |
| 50 | Seraphim Toy Store | $250.00 |
| 51 | Shop1102733065 Store | $250.00 |
| 52 | Shop1102840655 Store | $250.00 |
| 53 | Shop1102842677 Store | $250.00 |
| 54 | SnugBabies Store | $250.00 |
| 55 | Whitebeard' Store | $250.00 |
| 56 | WLADYSS Plush Toys Store | $250.00 |
| 57 | Zoocutoy Store | $409.06 |
| 58 | esa_bu0 | $250.00 |
| 59 | JA-Online-Service | $250.00 |
| 60 | Jiji Retail | $250.00 |
| 62 | SavvaStore | $250.00 |
| 63 | TuttoInTutto | $250.00 |
| 64 | Alphabet Lore | $1,063.72 |
| 65 | ARUBY | $1,476.60 |
| 66 | ForHome | $928.34 |
| 67 | GAODE | $1,685.89 |
| 69 | huawuque | $342.00 |
| 70 | Iqueenla | $258.60 |
| 71 | KOWSi PLUSH | $145,541.06 |
| 72 | ome | $848.00 |
| 73 | Splatter Beads Gun | $682.00 |
| 74 | WowSuper | $100,641.30 |
| 76 | 100FIXEO | $8472.87 |
| 79 | Bobasndm | $250.00 |
| 80 | BREIS | $250.00 |
| 84 | Godven | $250.00 |
| 90 | Kolababla Co. ltd | $851.72 |
| 94 | Noetoy | $250.00 |
| 95 | ONXE | $250.00 |
| 98 | QIUSNANB | $250.00 |
| 103 | SENCU | $250.00 |

4. Plaintiff may serve this Order on Third Party Providers, including without limitation PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), WhaleCo., Inc. ("Temu"), Walmart, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Order on Expedited Discovery to the Third Party Providers.

5. All monies, up to the above identified damages awards, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Any Financial, Temu, Walmart, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, such as PayPal, Alipay, Alibaba, Any Financial, Temu, Walmart, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Any Financial, Temu, Walmart, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Any Financial, Temu, Walmart, and Amazon Pay, shall within ten (10) business days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to

the information listed in Schedule A hereto and any e-mail addresses provided for Defaulting Defendants by third parties;

**b.** restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

**c.** release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above- identified damages within ten (10) business days of receipt of this Order.

**d.** In the event that Plaintiff identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Plaintiff may send notice

**7.** In the event that Plaintiff identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified for Defaulting Defendants by third parties.

**8.** To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Final Judgment.

Dated: September 17, 2024

_____

Hon. Judge Lindsay C. Jenkins
United States District Judge

7

**Schedule A**

| No | Defendant | Store URL | Listing URL |
|---|---|---|---|
| 7 | JIATUOTD | https://www.amazon.com/Weighted-Dinosaur-Stuffed-Animals-Anxiety/dp/B0B7MSV9XK/ref=sr_1_207 | https://www.amazon.com/sp?ie=UTF8&seller=A15TYR2G4I4RI9&asin=B0B7MSV9XK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 13 | LiuPengJinUS | https://www.amazon.com/LuvMeMo-Weighted-Dinosaur-Stuffed-Plushies/dp/B0BDXGWV3W/ref=sr_1_61?keywords=Weighted%2BDinosaur&qid=1699598808&s=toys-and-games&sr=1-61&th=1 | https://www.amazon.com/sp?ie=UTF8&seller=AJ1VTPTHKF2FZ&asin=B0BDXGWV3W&ref_=dp_merchant_link |
| 16 | MO-YAN | https://www.amazon.com/OMTEUEN-Weighted-Stuffed-Dinosaur-Plushies/dp/B0BHYV3Y51/ref=sr_1_115?th=1 | https://www.amazon.com/sp?ie=UTF8&seller=A1ZG8ONT5E7CUD&asin=B0BR3YJRK1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 18 | NianBing | https://www.amazon.com/Weighted-Dinosaur-Stuffed-Animals-Birthday/dp/B0BVHZZ5SV/ref=sr_1_294 | https://www.amazon.com/sp?ie=UTF8&seller=ACZYL2ON4ANDI&asin=B0BVHZZ5SV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 26 | SunZhenUS | https://www.amazon.com/Toypocket-Weighted-Dinosaur-Stuffed-Pillows/dp/B0B71MQ3R8 | https://www.amazon.com/sp?ie=UTF8&seller=A3DMWSRLWF9XMS&asin=B0B71MQ3R8&ref_=dp_merchant_link |
| 27 | SUPRITEN | https://www.amazon.com/Weighted-Dinosaur-Stuffed-Animals-Plushie/dp/B0B1Q7N7SF/ref=sr_1_41 | https://www.amazon.com/sp?ie=UTF8&seller=AR2VTLKRBP5T9&asin=B0B1Q7N7SF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 33 | zhangqiandedianpu | https://www.amazon.com/Dinosaur-Weighted-Pressure-Birthday-Stegosaurus/dp/B0B71RTYJ5/ref=sr_1_206 | https://www.amazon.com/sp?ie=UTF8&seller=A1IGLDM15CXCV6&asin=B0B71RTYJ5&ref_=dp_merchant_link |
| 35 | 厦门市同安区甄想信息技术服务部 | https://www.amazon.com/VS-LLWQ-Dinosaur-Weighted-Stegosaurus/dp/B0B1X6SZLR/ref=sr_1_250?th=1 | https://www.amazon.com/sp?ie=UTF8&seller=A1WCVHO2VFKRO1&asin=B0B1X624Y9&ref_=dp_merchant_link |

| 36 | BABIQU plush toy Store | https://www.aliexpress.us/item/32568 04305302310.html?spm=a2g0o.productl ist.main.51.7a4a783chAszwZ&algo_pvi d=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-25&pdp_npi=4%40dis%21USD%217.7 0%216.54%21%21%217.70%21%21%4 02101d8b516989825525921179efc75%2 112000029345510020%21sea%21US%2 12863931556%21AB&curPageLogUid= ts6I3c6PaMjm | https://www.aliexpress.com/store/110 1890638?spm=a2g0o.detail.0.0.6d178nB D8nBDEv |
| 37 | Baby&mom-show Store | https://www.aliexpress.us/item/32568 04927823089.html?spm=a2g0o.productl ist.main.101.7a4a783chAszwZ&algo_pv id=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-50&pdp_npi=4%40dis%21USD%218.1 8%213.27%21%21%218.18%21%21%4 02101d8b516989825525921179efc75%2 112000031706505545%21sea%21US%2 12863931556%21AB&curPageLogUid= Q6iZwxUnIrkF | https://www.aliexpress.com/store/110 1954827?spm=a2g0o.detail.0.0.180dwiP 7wiP7hp |
| 38 | cocoplushtoy Store | https://www.aliexpress.us/item/32568 03303571715.html?spm=a2g0o.productl ist.main.57.7a4a783chAszwZ&algo_pvi d=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-28&pdp_npi=4%40dis%21USD%2121. 10%2116.88%21%21%2121.10%21%2 1%402101d8b516989825525921179efc7 5%2112000029653383757%21sea%21U S%212863931556%21AB&curPageLog Uid=j66hjcn54MQ1 | https://www.aliexpress.com/store/110 1863551?spm=a2g0o.detail.0.0.6c91Z14 zZ14zhB |

| 39 | Daily Kitchen Store | https://www.aliexpress.us/item/3256805172727881.html?spm=a2g0o.productlist.main.63.600252c9rr1zRw&algo_pvid=f9cb9a3d-cd45-4dc5-9eaf-16b0a2b20c10&algo_exp_id=f9cb9a3d-cd45-4dc5-9eaf-16b0a2b20c10-31&pdp_npi=4%40dis%21USD%217.24%213.62%21%21%217.24%21%21%40210321c716989817480915577e23ec%2112000032734506956%21sea%21US%212863931556%21AB&curPageLogUid=lJ92x2dCV49k | https://www.aliexpress.com/store/1101605353?spm=a2g0o.detail.0.0.c2f5IN9QIN9Q0e |
| 40 | Doraemon Store | https://www.aliexpress.us/item/3256804179079932.html?spm=a2g0o.productlist.main.5.600252c9rr1zRw&algo_pvid=a469e4b3-854c-4500-85af-b034f9d7eb11&algo_exp_id=a469e4b3-854c-4500-85af-b034f9d7eb11-2&pdp_npi=4%40dis%21USD%218.30%211.64%21%21%218.30%21%21%402132a1f916989782623356845e1527%2112000030329012952%21sea%21US%212628051548%21AB&curPageLogUid=ICaBxWdYqMAM | https://www.aliexpress.com/store/1101669847?spm=a2g0o.detail.0.0.b3c56b4j6b4jB2 |
| 41 | Dropship Pro Store | https://www.aliexpress.us/item/3256804339281527.html?spm=a2g0o.productlist.main.47.600252c9rr1zRw&algo_pvid=a469e4b3-854c-4500-85af-b034f9d7eb11&algo_exp_id=a469e4b3-854c-4500-85af-b034f9d7eb11-23&pdp_npi=4%40dis%21USD%215.62%212.81%21%21%215.62%21%21%402132a1f916989782623356845e1527%2112000029475890431%21sea%21US%212628051548%21AB&curPageLogUid=pyPPMxWQmPxo | https://www.aliexpress.com/store/1101371387?spm=a2g0o.detail.0.0.4e57KI16KI16x8 |

| 42 | GFNANHAI Official Store | https://www.aliexpress.us/item/3256804309850139.html?spm=a2g0o.productlist.main.25.7a4a783chAszwZ&algo_pvid=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-12&pdp_npi=4%40dis%21USD%214.96%214.22%21%21%214.96%21%21%402101d8b516989825525921179efc75%2112000029362083880%21sea%21US%212863931556%21AB&curPageLogUid=I14kXgDiL6Cv | https://www.aliexpress.com/store/1101080119?spm=a2g0o.detail.0.0.5e8cyfiSyfiSO3 |
| 43 | Happy Mother And Child Experience Store | https://www.aliexpress.us/item/3256805346650706.html?spm=a2g0o.productlist.main.95.7a4a783chAszwZ&algo_pvid=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-47&pdp_npi=4%40dis%21USD%2114.93%217.01%21%21%21108.85%21%21%402101d8b516989825525921179efc75%2112000033439086184%21sea%21US%212863931556%21AB&curPageLogUid=KexBX2VFMZZ6 | https://www.aliexpress.com/store/1102765493?spm=a2g0o.detail.0.0.31f6JxBRJxBRJ7 |
| 44 | KANICE Store | https://www.aliexpress.us/item/3256804173069062.html?spm=a2g0o.productlist.main.87.7a4a783chAszwZ&algo_pvid=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-43&pdp_npi=4%40dis%21USD%2130.24%2122.68%21%21%2130.24%21%21%402101d8b516989825525921179efc75%2112000028896635402%21sea%21US%212863931556%21AB&curPageLogUid=2Qd2lD1UXEgv | https://www.aliexpress.com/store/1101562921?spm=a2g0o.detail.0.0.704bcXB6cXB63L |

| 45 | Katherine's domestic helpers Store | https://www.aliexpress.us/item/3256804984536103.html?spm=a2g0o.productlist.main.53.600252c9rr1zRw&algo_pvid=a469e4b3-854c-4500-85af-b034f9d7eb11&algo_exp_id=a469e4b3-854c-4500-85af-b034f9d7eb11-26&pdp_npi=4%40dis%21USD%217.24%213.62%21%21%217.24%21%21%402132a1f916989782623356845e1527%2112000031962306447%21sea%21US%212628051548%21AB&curPageLogUid=2lUOIYAEqTVj | https://www.aliexpress.com/store/1101804522?spm=a2g0o.detail.0.0.4e962tVH2tVHbi |
| 46 | Memory Of Koi Anime Store | https://www.aliexpress.us/item/3256805974822462.html?spm=a2g0o.productlist.main.37.600252c9rr1zRw&algo_pvid=4b2b5be3-6278-4f64-8be2-df450bb16a06&algo_exp_id=4b2b5be3-6278-4f64-8be2-df450bb16a06-18&pdp_npi=4%40dis%21USD%2113.69%219.58%21%21%2199.77%21%21%402132a25b16989819255654320efd17%2112000036049615864%21sea%21US%212863931556%21AB&curPageLogUid=zXehb0uR91Xd | https://www.aliexpress.com/store/1103225084?spm=a2g0o.detail.0.0.8920NAnbNAnbRx |
| 47 | MomBabyToys Store | https://www.aliexpress.us/item/3256804988647230.html?spm=a2g0o.productlist.main.7.7a4a783chAszwZ&algo_pvid=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-3&pdp_npi=4%40dis%21USD%214.95%214.21%21%21%214.95%21%21%402101d8b51698982552592117refc75%2112000031971043844%21sea%21US%212863931556%21AB&curPageLogUid=ABZwlsZ8xsga | https://www.aliexpress.com/store/1101376753?spm=a2g0o.detail.0.0.484bfCqZfCqZiI |

| 48 | Qihang Toy Store | https://www.aliexpress.us/item/3256805246376088.html?spm=a2g0o.productlist.main.17.7a4a783chAszwZ&algo_pvid=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-8&pdp_npi=4%40dis%21USD%2111.33%2111.33%21%21%2182.60%21%21%402101d8b516989825525921179efc75%2112000033053612515%21sea%21US%212863931556%21AB&curPageLogUid=2yj7Ra5jfDUS | https://www.aliexpress.com/store/1102753721?spm=a2g0o.detail.0.0.7a7aUuEwUuEw4u |
| 49 | R. Pig Plush Toy Store | https://www.aliexpress.us/item/3256804359118198.html?spm=a2g0o.productlist.main.43.600252c9rr1zRw&algo_pvid=a469e4b3-854c-4500-85af-b034f9d7eb11&algo_exp_id=a469e4b3-854c-4500-85af-b034f9d7eb11-21&pdp_npi=4%40dis%21USD%2112.50%2110.62%21%21%2112.50%21%21%402132a1f916989782623356845e1527%2112000029556887193%21sea%21US%212628051548%21AB&curPageLogUid=L2YmhEkrnxpE | https://www.aliexpress.com/store/1101886181?spm=a2g0o.detail.0.0.6fb6Tgl8Tgl8rV |
| 50 | Seraphim Toy Store | https://www.aliexpress.us/item/3256805687409235.html?spm=a2g0o.productlist.main.85.7a4a783chAszwZ&algo_pvid=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-42&pdp_npi=4%40dis%21USD%2116.68%2111.68%21%21%21121.57%21%21%402101d8b516989825525921179efc75%2112000034657792001%21sea%21US%212863931556%21AB&curPageLogUid=liyLQrQRLIsZ | https://www.aliexpress.com/store/1102941059?spm=a2g0o.detail.0.0.1135lIxxlIxxFy |

| 51 | Shop1102733065 Store | https://www.aliexpress.us/item/3256805986325717.html?spm=a2g0o.productlist.main.51.600252c9rr1zRw&algo_pvid=a469e4b3-854c-4500-85af-b034f9d7eb11&algo_exp_id=a469e4b3-854c-4500-85af-b034f9d7eb11-25&pdp_npi=4%40dis%21USD%2121.40%2110.7%21%21%21155.96%21%21%402132a1f916989782623356845e1527%2112000036113314953%21sea%21US%212628051548%21AB&curPageLogUid=LffvhlcymGcK | https://www.aliexpress.com/store/1102737047?spm=a2g0o.detail.0.0.230cI8hzI8hzTl |
| 52 | Shop1102840655 Store | https://www.aliexpress.us/item/3256805962900190.html?spm=a2g0o.productlist.main.47.7a4a783chAszwZ&algo_pvid=28877a4a-b285-4132-99c9-234292d9f348&algo_exp_id=28877a4a-b285-4132-99c9-234292d9f348-23&pdp_npi=4%40dis%21USD%2117.36%2112.15%21%21%21126.50%21%21%402101d8b516989825525921179efc75%2112000035994881273%21sea%21US%212863931556%21AB&curPageLogUid=8x89r8lcwUMj | https://www.aliexpress.com/store/1102844649?spm=a2g0o.detail.0.0.21ffCJqgCJqgC9 |
| 53 | Shop1102842677 Store | https://www.aliexpress.us/item/3256805955641870.html?spm=a2g0o.productlist.main.37.600252c9rr1zRw&algo_pvid=a469e4b3-854c-4500-85af-b034f9d7eb11&algo_exp_id=a469e4b3-854c-4500-85af-b034f9d7eb11-18&pdp_npi=4%40dis%21USD%2120.26%2112.15%21%21%21147.70%21%21%402132a1f91698978262335 6845e1527%2112000035951203880%21sea%21US%212628051548%21AB&curPageLogUid=vJdfeggVOdAR | https://www.aliexpress.com/store/1102840659?spm=a2g0o.detail.0.0.5dcfjAHFjAHFLR |

| 54 | SnugBabies Store | https://www.aliexpress.us/item/32568 05955403079.html?spm=a2g0o.productl ist.main.97.2a3e2cafUHp6a4&algo_pvid =19844c14-47d1-47d8-8bf9-e401016976f6&algo_exp_id=19844c14-47d1-47d8-8bf9-e401016976f6-48&pdp_npi=4%40dis%21USD%2115.83%217.91%21%21%21115.40%21%21%402132a25716989840602178888efdd4%2112000035948520210%21sea%21US%212863931556%21AB&curPageLog Uid=5ak8f0w4qnmE | https://www.aliexpress.com/store/110 2810696?spm=a2g0o.detail.0.0.305b4V Np4VNp78 |
| --- | --- | --- | --- |
| 55 | Whitebeard' Store | https://www.aliexpress.us/item/32568 04874577623.html?spm=a2g0o.productl ist.main.3.600252c9rr1zRw&algo_pvid =a469e4b3-854c-4500-85af-b034f9d7eb11&algo_exp_id=a469e4b3-854c-4500-85af-b034f9d7eb11-1&pdp_npi=4%40dis%21USD%2111.67%212.94%21%21%2185.03%21%21%402132a1f916989782623356845e1527%2112000031507538964%21sea%21US%212628051548%21AB&curPageLogUid =Hd8nw5EuHbCl | https://www.aliexpress.com/store/110 2524500?spm=a2g0o.detail.0.0.41c4Ux XuUxXumy |
| 56 | WLADYSS Plush Toys Store | https://www.aliexpress.us/item/32568 05841486264.html?spm=a2g0o.productl ist.main.39.600252c9rr1zRw&algo_pvid =a469e4b3-854c-4500-85af-b034f9d7eb11&algo_exp_id=a469e4b3-854c-4500-85af-b034f9d7eb11-19&pdp_npi=4%40dis%21USD%218.74%216.21%21%21%2163.67%21%21%402132a1f916989782623356845e1527%2112000035386640651%21sea%21US%212628051548%21AB&curPageLogUid =0bsFKgdqShvK | https://www.aliexpress.com/store/110 2821507?spm=a2g0o.detail.0.0.6d96ifK difKdGo |

| 57 | Zoocutoy Store | https://www.aliexpress.us/item/3256804336373242.html?spm=a2g0o.productlist.main.41.600252c9rr1zRw&algo_pvid=a469e4b3-854c-4500-85af-b034f9d7eb11&algo_exp_id=a469e4b3-854c-4500-85af-b034f9d7eb11-20&pdp_npi=4%40dis%21USD%2126.23%2120.98%21%21%2126.23%21%21%402132a1f91698978623356845e1527%211200002961626779 7%21sea%21US%212628051548%21AB&curPageLogUid=SCDRe7Vnoqjh | https://www.aliexpress.com/store/1101819679?spm=a2g0o.detail.0.0.239enbM2nbM2Xg |
| 58 | esa_bu0 | https://www.ebay.com/itm/385147013168 | https://www.ebay.com/sch/i.html?item=385147013168&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=esa_bu0 |
| 59 | JA-Online-Service | https://www.ebay.com/itm/256017259606 | https://www.ebay.com/sch/i.html?_ssn=it2013.dori&store_name=jaonlineservice&_oac=1&_trksid=p4429486.m3561.l161211 |
| 60 | Jiji Retail | https://www.ebay.com/itm/304928145753 | https://www.ebay.com/sch/i.html?_ssn=quellochetuvuoi&store_name=jijiretail&_oac=1&_trksid=p4429486.m3561.l161211 |
| 62 | SavvaStore | https://www.ebay.com/itm/275818825387 | https://www.ebay.com/sch/i.html?_ssn=savvasgps&store_name=savvastore&_oac=1&_trksid=p4429486.m3561.l161211 |
| 63 | TuttoInTutto | https://www.ebay.com/itm/354795412625 | https://www.ebay.com/sch/i.html?_ssn=piscineepiscine&store_name=tuttointutto&_oac=1&_trksid=p4429486.m3561.l161211 |

| 64 | Alphabet Lore | https://www.temu.com/1-7lbs-weighted-dinosaur-plush-16-giant-plush-soft-stuffed-dino-weighted-plush-animal-dinosaur-throws-pillows-g-601099520220342.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-07-04%2F1688453713399-1e6438c1f2cd4e8b837287c74b2f22f0-goods.jpeg&spec_gallery_id=2010518045&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTAxNw&search_key=dinosaur%20weighted&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1698982361549_mucvvyifmq&_x_sessn_id=q692o7agv1 | https://www.temu.com/lsyee-m-728398676438.html?goods_id=60109952 0220342&refer_page_name=goods&refer_page_id=10032_1699585960051_lq firyhcjt&refer_page_sn=10032&_x_sessn_id=xeh8isawck |
| 65 | ARUBY | https://www.temu.com/dino-plush-throw-pillow-soft-plush-toy-christmas-gift-halloween-thanksgiving-day-gift-g-601099524902154.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F1e1f620bf2187e020199 93c01bfb2e41.jpg&spec_gallery_id=2025973307&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=ODQ3&search_key=dinosaur%20weighted&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1698981241482_iexz00zlj7&_x_sessn_id=q692o7agv1 | https://www.temu.com/aruby-m-279795934093.html?goods_id=60109952 4902154&_x_sessn_id=v4wt1at5bv&refer_page_name=goods&refer_page_id=10032_1699586662671_y1c5t8l0sg&refer_page_sn=10032 |

| 66 | ForHome | https://www.temu.com/plush-toys-cute-little-dinosaur-plush-toys-as-birthday-christmas-gift-for-children-g-601099525034987.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fe4bc1dc526a748e9d281ffb63c878e8f.jpg&spec_gallery_id=2028935999&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njk3&search_key=dinosaur%20weighted&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1698982361549_mucvvyifmq&_x_sessn_id=q692o7agv1 | https://www.temu.com/forhome-m-321932271873.html?goods_id=601099525034987&refer_page_name=goods&refer_page_id=10032_1699586482499_dkvc4dry2f&refer_page_sn=10032&_x_sessn_id=i6gzbveyeh |
| 67 | GAODE | https://www.temu.com/dinosaur-plush-toys-cute-stuffed-animals-soft-dinosaur-plush-doll-gifts-perfect-for-childrens-adult-birthday-gifts-g-601099524424493.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F99a92bd720106d11863ede010c8cca54.jpg&spec_gallery_id=2023294622&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzIx&search_key=dinosaur%20weighted&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1698982361549_mucvvyifmq&_x_sessn_id=q692o7agv1 | https://www.temu.com/gaode-m-2095971273792.html?goods_id=601099524424493&refer_page_name=goods&refer_page_id=10032_1699586867230_reozmj8bhw&refer_page_sn=10032&_x_sessn_id=3in5j603vu |

| 69 | huawuque | https://www.temu.com/1pc-15-inch-dino-plush-throw-pillow-dino-stuffed-animal-squished-long-dinosaur-jumbo-pillow-super-soft-snuggly-comfort-g-601099519690851.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F4c049f903bcd581d009b709ad172ff55.jpg&spec_gallery_id=2008286544&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=ODA5&search_key=dinosaur%20weighted&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1698982361549_mucvvyifmq&_x_sessn_id=q692o7agv1 | https://www.temu.com/huawuque-m-4933271504393.html?goods_id=601099519690851&refer_page_name=goods&refer_page_id=10032_1699586278238_hk1f6mug4d&refer_page_sn=10032&_x_sessn_id=31b37gnlla |
| 70 | Iqueenla | https://www.temu.com/1pc-stuffed-animal-plush-toy-cute-dinosaur-toy-soft-dino-plush-for-gift-g-601099527327039.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F493eef50f27816dc3a32d946ec961501.jpg&spec_gallery_id=2034354434&refer_page_sn=10032&refer_source=10016&freesia_scene=25&_oak_freesia_scene=25&_oak_rec_ext_1=NDMx&refer_page_el_sn=200970&_x_sessn_id=q692o7agv1&refer_page_name=goods&refer_page_id=10032_1699584752624_7920s8xwg5 | https://www.temu.com/iqueenla-m-3915425751679.html?goods_id=601099527327039&_x_sessn_id=q692o7agv1&refer_page_name=goods&refer_page_id=10032_1699585592067_zp21z38il2&refer_page_sn=10032 |

| 71 | KOWSi PLUSH | https://www.temu.com/1-33-lb-weighted-dino-plush-throw-pillow-16-inch-squished-long-dinosaur-jumbo-pillow-100-pp-cotton-super-soft-snuggly-comfort-weighted-stuffed-animal-for-anxiety-relief-g-601099512880346.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F735aad69a95a08a04f2ed33dd5f68711.jpg&spec_gallery_id=9864174&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTQ0Mg&search_key=dinosaur%20stuffed%20animal&refer_page_el_sn=200049&_x_sessn_id=q692o7agv1&refer_page_name=search_result&refer_page_id=10009_1698981241482_iexz00zlj7 | https://www.temu.com/mall.html?mall_id=740519764205&_x_sessn_id=q692o7agv1&refer_page_name=shopping_cart&refer_page_id=10037_1699584579909_etji07c44l&refer_page_sn=10037 |
| 72 | ome | https://www.temu.com/1pc-17-7-inch-dino-plush-throw-pillow-weighted-stuffed-animal-squished-long-dinosaur-jumbo-pillow-100-pp-cotton-super-soft-snuggly-comfort-g-601099522491447.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fe1d2a81743e2a06e929234992fb41a7e.jpg&spec_gallery_id=2016974586&refer_page_sn=10040&refer_source=10018&freesia_scene=14&_oak_freesia_scene=14&_oak_rec_ext_1=MTE5Nw&refer_page_el_sn=201265&_x_sessn_id=q692o7agv1&refer_page_name=mall&refer_page_id=10040_1698982104589_k2b4lzb1a5 | Removed |

| 73 | Splatter Beads Gun | https://www.temu.com/2pcs-1-4-lb-weighted-dinosaur-plush-16-inch-squished-long-dinosaur-jumbo-pillow-super-soft-dino-stuffed-animal-toy-lumbar-back-cushion-soothing-for-kids-adults-g-601099521213986.html | https://www.temu.com/splatter-beads-gun-m-6313956706551.html?goods_id=601099521213986&refer_page_name=goods&refer_page_id=10032_1699585753664_60xvizep3j&refer_page_sn=10032&_x_sessn_id=99c3lx1t6z |
| 74 | WowSuper | https://www.temu.com/1pc-weighted-dinosaur-plush-14-stuffed-weighted-plush-animal-dino-pillow-g-601099513750177.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F4db4d0432cc8d95e226825a4f696c605.jpg&spec_gallery_id=12492250&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTg2OA&search_key=dinosaur%20weighted&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1698982361549_mucvvyifmq&_x_sessn_id=q692o7agv1 | https://www.temu.com/wowsuper-m-115323965017.html?goods_id=601099513750177&refer_page_name=goods&refer_page_id=10032_1699586109684_yru0avj50c&refer_page_sn=10032&_x_sessn_id=ehutg2l2cf |
| 76 | 100FIXEO | https://www.walmart.com/ip/100FIXEO-Weighted-Dinosaur-Plush-26-3-5-lbs-Adults-Weighted-Stuffed-Animals-for-Anxiety/2636096418?from=/search | https://www.walmart.com/seller/101124135 |
| 79 | Bobasndm | https://www.walmart.com/ip/Happy-Date-Weighted-Dinosaur-Plush-Weighted-Stuffed-Animals-for-Anxiety-Weighted-Dinosaur-Pillows-for-Kids-Adults-Pink-17-7/1272886557?from=/search | https://www.walmart.com/seller/101178471 |
| 80 | BREIS | https://www.walmart.com/ip/BREIS-Weighted-Stuffed-Animals-Dinosaur-for-Kids-Dinosaur-Weighted-Plush-Toys-Plush-Pillows-Hugging-Toys-Great-Gift-for-Boys-Girls-pink-15-7Inch/5026034460?from=/search | https://www.walmart.com/seller/101282199 |

| 84 | Godven | https://www.walmart.com/ip/Zardwill-Kawaii-Lovely-Dinosaur-Weighted-Plush-Toy-for-Kids/1923887825?from=/search | https://www.walmart.com/seller/101228607 |
| 90 | Kolababla Co. ltd | https://www.walmart.com/ip/Dinosaur-Weighted-Plush-Character-Plush-Throw-Pillow-Cute-Stuffed-Animals-Doll-Soft-Lumbar-Back-Cushion-Pillows-13-78In/174433078?from=/search | https://www.walmart.com/seller/101251218 |
| 94 | Noetoy | https://www.walmart.com/ip/Weighted-Stuffed-Animals-Dinosaur-for-Kids-Dinosaur-Weighted-Plush-Toys-Plush-Pillows-Hugging-Toys-Great-Gift-for-Boys-Girls-pink-15-7Inch/5063166017?from=/search | https://www.walmart.com/seller/101176021 |
| 95 | ONXE | https://www.walmart.com/ip/ONXE-Weighted-Stuffed-Animals-Dinosaur-for-Kids-Dinosaur-Weighted-Plush-Toys-Plush-Pillows-Hugging-Toys-Great-Gift-for-Boys-Girls-pink-15-7Inch/5048114122?from=/search | https://www.walmart.com/seller/101262002 |
| 98 | QIUSNANB | https://www.walmart.com/ip/Stuffed-Animals-Anxiety-17-7-Inch-3lb-Weighted-Dinosaur-Plush-Toys-Cute-Giant-Dino-Plushies-Throw-Pillow-Adults-Kids-Pink/5156147115?from=/search | https://www.walmart.com/seller/101530833 |
| 103 | SENCU | https://www.walmart.com/ip/SENCU-Dinosaur-Weighted-Plush-24-3-5-lbs-Character-Stuffed-Animals-Series-Cute-Dino-Plushie-Dolls-Throw-Pillow-Birthday-Gifts-Children-Kids-Adults-Pi/5102238971?from=/search | https://www.walmart.com/seller/101256181 |